**Opinion filed April 28, 2022**



In The

# Eleventh Court of Appeals

_____

## No. 11-22-00097-CR

_____

## ERICHA SANCHEZ, Appellant
## V.
## THE STATE OF TEXAS, Appellee

**On Appeal from the 42nd District Court**
**Taylor County, Texas**
**Trial Court Cause No. 27514-A**

### M E M O R A N D U M   O P I N I O N

Appellant has filed in this court a motion to withdraw her notice of appeal. Appellant states that she has chosen to withdraw her request for an appeal, and she requests that we dismiss this appeal. The motion is signed by both Appellant and Appellant's counsel in compliance with Rule 42.2 of the Texas Rules of Appellate Procedure.

The motion is granted, and the appeal is dismissed.


April 28, 2022                                                   PER CURIAM

Do not publish. *See* TEX. R. APP. P. 47.2(b).

Panel consists of: Bailey, C.J.,
Trotter, J., and Williams, J.